DR. REMIGIUS CHIBUEZE, ESQ., SBN 221423
**REMMY CHIBUEZE & ASSOCIATES**
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone:    (510) 834-9944
Facsimile:    (510) 834-9945

Attorney for Plaintiff
CHUKWUEMEKA NDULUE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE,<br>              Plaintiffs<br><br>v.<br><br>THE FREMONT-RIDEOUT HEALTH GROUP; SUTTER NORTH MEDICAL GROUP, PC; DEL NORTE CLINICS, INC.; THE PEACH TREE CLINIC, INC.; LEONARD MARKS, M.D.; PUSHPA RAMAN, M.D.; CHERRY ANN WY, M.D.; ARUN KUMAR, M.D.; HARRY WANDER, M.D.; MAX LINS, M.D.; and DOES 1-100, inclusive<br>              Defendants | **CASE NO. 2:08 CV-01696-WBS-KJM**<br><br>**ORDER GRANTING CONSOLIDATION THE HEARING DATE OF DEFENDANTS' MOTIONS** |

The attorneys of record for the parties to this action having signed a stipulation agreeing to the consolidation of the hearing date of defendants' motions;

**IT IS HEREBY ORDERED THAT** the request to consolidate the hearing of defendants' motions on October 27, 2008, at 2:00 p.m. is hereby granted. Accordingly, the motion to dismiss and motion to strike of defendants' Fremont-Rideout Health Group; Leonard Marks, M.D.; Pushpa Raman, M.D.; Cherry Ann Wy, M.D., Arun Kumar, M.D., Harry Wander, M.D., and Max Lins, M.D., the joinder motions to dismiss and motions to strike of defendants

Sutter North Medical Group and Del Norte Clinics, Inc., as well as the motion for more definite statement of defendant Peach Tree Clinic, Inc., will be heard on October 27, 2008, at 2:00 p.m.

Dated:  September 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE