RADOSLOVICH LAW CORPORATION
Frank M. Radoslovich  SBN 161457
Shawn M. Krogh  SBN  227116
Michael L. Martucci SBN 249623
601 University Avenue, Suite 250
Sacramento, CA 95825
Telephone:  (916) 565-8161
Facsimile:  (916) 565-8170

Attorneys for Defendant DEL NORTE CLINICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE FREMONT-RIDEOUT HEALTH GROUP; SUTTER NORTH MEDICAL GROUP, PC; DEL NORTE CLINICS, INC.; THE PEACH TREE CLINIC, INC; LEONARD MARKS, M.D.; PUSHPA RAMAN, M.D.; CHERRY ANN WY, M.D.; ARUM KUMAR, M.D.; HARRY WANDER, M.D.; MAX LINS, M.D.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: **2:08-cv-01696-WBS-KJM**<br><br>**ORDER TO EXTEND DISCOVERY DEADLINES** |

The Stipulation to Extend Discovery Deadlines entered into by all Parties is hereby accepted by the Court; and

NOW, THEREFORE, IT IS HEREBY ORDED THAT the parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than November 5, 2009.

IT IS FURTHER ORDERED THAT the parties shall disclose experts offered for rebuttal purposes only and produce reports from the rebuttal witnesses in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than December 10, 2009.

IT IS FURTHER ORDERED THAT all discovery, including depositions for preservation of testimony, is left open, save except that it shall be so conducted as to be completed by February 2, 2010. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with local rules of the U.S. District Court, Eastern District of California and so that such motions may be heard (and resulting orders obeyed) no later than February 2, 2010.

IT IS FURTHER ORDERED THAT all other dates designated as deadlines by the Court in its Status (Pretrial Scheduling) Order will remain as they are discussed in the Status (Pretrial Scheduling) Order.

DATED: June 3, 2009.

_____
U.S. MAGISTRATE JUDGE