R. MAC PROUT, State Bar # 101263
SHARON B. FUTERMAN, State Bar # 124238
**PROUT• LEVANGIE**
2021 N Street
Sacramento, CA 95811
Tel: (916) 443-4849
Fax: (916) 443-4855

Attorneys for Defendant
PEACH TREE CLINIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE FREMONT-RIDEOUT HEALTH GROUP; SUTTER NORTH MEDICAL GROUP; PC; DEL NORTE CLINICS, INC.' THE PEACH TREE CLINIC, INC.; LEONARD MARKS, M.D.; PUSHPA RAMAN, M.D.; CHERRY ANN WY, M.D.; ARUM DUMAR, M.D.; HARRY WANDER, M.D.; MAX LINS, M.D.; and DOES 1-100, inclusive<br><br>　　　　　Defendants. | CASE NO. 2:08-CV-01696-WBS-KJM<br><br>**STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANTS SUTTER NORTH MEDICAL GROUP, INC. AND PEACH TREE CLINIC, INC. <u>ONLY</u>; ORDER [Pursuant to FRCP, Rule 41(a)(2)]** |

　　　Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff CHUKWUMEKA NDULUE hereby dismisses, without prejudice, Defendants SUTTER NORTH MEDICAL GROUP and PEACH TREE CLINIC, INC. only, pursuant to the following terms:

　　　1.　　The dismissal is in favor of Defendants SUTTER NORTH MEDICAL GROUP and PEACH TREE CLINIC, INC. only.

　　　2.　　The dismissal is without prejudice.

/ / /

1

3. Plaintiff CHUKWUMEKA NDULUE and Defendants SUTTER ENORTH MEDICAL GROUP and PEACH TREE CLINIC, INC. each agree to assume their own costs and attorneys' fees incurred in this action.

DATED: December _17___, 2009         **LAW OFFICE OF MICHAEL J. KHOURI**

By:__/s/_____
   MICHAEL J. KHOURI – SBN 97654
   Attorneys for Plaintiff
   CHUKWUMEKA NDULUE

DATED: December _17___, 2009         **PROUT • LEVANGIE**

By:_/s/_____
   SHARON B. FUTERMAN – SBN 124238
   Attorneys for Defendant
   PEACH TREE CLINIC, INC.

DATED: December _18___, 2009         **DONNELLY, NELSON, DEPOLO & MURRAY LLP**

By:_____
   THOMAS J. DONNELLY – SBN 65660
   Attorneys for Defendant
   SUTTER NORTH MEDICAL GROUP

DATED: December __17___, 2009        **SCHUERING ZIMMERMAN SCULLY TWEEDY & DOLYE, LLP**

By:__/s/_____
   PATRICIA S. TWEEDY – SBN 99437
   Attorneys for Defendants
   FREMONT RIDEOUT HEALTH GROUP,
   LEONARD MARKS, M.D., PUSHPA
   RAMAN, M.D., CHERRY ANN WY, M.D.;
   ARUM KUMAR, M.D., and HARRY
   WANDER, M.D.

2

DATED:  December  21   , 2009              **RADOSLOVICH LAW CORPORATION**


By: _/s/_____
      MICHAEL MARTUCCI – SBN 249623
      Attorneys for Defendant
      DEL NORTE CLINICS, INC.


**ORDER**

IT IS SO ORDERED.

DATED:  December 23, 2009

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE