IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHUKWUEMEKA NDULUE,

    Plaintiff,                         No. CIV S-08-1696 WBS KJM

    vs.

FREMONT-RIDEOUT HEALTH GROUP, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiffs' motions to compel came on regularly for hearing March 3, 2010. Ashley Nguyen appeared for plaintiff. Bob Zimmerman appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. The documents at issue shall be submitted for <u>in camera</u> review no later than March 10, 2010. The documents shall be Bates-stamped and a log shall be provided that identifies by Bates-stamped page number which documents are responsive to each category in the disputed requests for production of documents.

/////

/////

/////

1

2. No later than March 10, 2010, the parties may submit a proposed protective order governing production of any documents ordered to be disclosed after in camera review.

DATED: March 8, 2010.

                                                                                                                      _____
                                                                                                                      U.S. MAGISTRATE JUDGE

006
ndulue.oah