IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHUKWUEMEKA NDULUE,

    Plaintiff,                               No. CIV S-08-1696 WBS KJM

    vs.

FREMONT-RIDEOUT HEALTH GROUP, et al.,

    Defendants.                         ORDER

_____/

        Plaintiffs' motions to compel (docket nos. 114 and 115) are pending before the court. Upon review of the documents in support and opposition, upon in camera review of the documents at issue, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Within seven days from the date of this order, defendant shall produce the documents Bates-stamped with page numbers 5-6 and 35-40. Page 5 may be redacted to show only the summaries dated January 7 and January 14, 2000.

        2. Documents produced under this order shall be used solely for purposes of this litigation and shall be returned to defense counsel following the conclusion of this lawsuit.

DATED: April 6, 2010.

_____
U.S. MAGISTRATE JUDGE

006 ndulue.icr