MICHAEL J. KHOURI, ESQ. [SBN 97654]
ASHLEY K. NGUYEN, ESQ. [SBN 256207]
LAW OFFICES OF MICHAEL J. KHOURI
4040 Barranca Parkway, Suite 200
Irvine, California 92604
Telephone: (949) 336-2433
Fax:          (949) 387-0044

Attorneys for Plaintiff CHUKWUEMEKA NDULUE
E-mail: mkhouri@khourilaw.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE,<br><br>                    Plaintiff,<br><br>vs<br><br>THE FREMONT-RIDEOUT HEALTH GROUP; SUTTER NORTH MEDICAL GROUP, PC; DEL NORTE CLINICS, INC.; THE PEACH TREE CLINIC, INC.; LEONARD MARKS, M.D.; PUSHPA RAMAN, M.D.; CHERRY ANN WY, M.D.; ARUN KUMAR, M.D.; HARRY WANDER, M.D.; MAX LINS, M.D.; and DOES 1-100, inclusive<br><br>                    Defendants. | CASE NO. 2:08 CV-01696-WBS-KJM<br><br>Honorable William B. Shubb<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO DISMISS DEFENDANT DEL NORTE CLINICS, INC.**<br><br>**[Federal Rule of Civil Procedure 41]** |

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) Plaintiff CHUKWUEMEKA NDULUE, M.D. by and through his attorney of record Michael J. Khouri, Esq. and DEFENDANT DEL NORTE CLINICS, INC. by and through their attorneys of record, stipulate as follows:

//

//

//

1

1. PLAINTIFF and DEFENDANTS stipulates as follows:

1. DEL NORTE CLINICS, INC. shall be dismissed as a Defendant in this case with prejudice.

2. PLAINTIFF AND DEL NORTE CLINICS, INC. shall be responsible for their own costs and attorneys fees.

3. This dismissal shall have no effect on Plaintiff's claims against the remaining DEFENDANTS.

Dated: April__27, 2010.

      LAW OFFICES OF MICHAEL J. KHOURI

      By: /s/
      MICHAEL J. KHOURI, ESQ.
      ASHLEY K. NGUYEN, ESQ.
      Attorneys for Plaintiff
      CHUKWUEMEKA NDULUE, M.D.

Dated: April_20, 2010.

      RADOSLOVICH LAW CORPORATION

      By: /s/
      FRANK RADOSLOVICH, ESQ.
      MICHAEL MARTUCCI, ESQ.
      Attorneys for Defendant
      DEL NORTE CLINICS, INC.

Dated: April 23, 2010.

      SCHUERING, ZIMMERMAN & DOYLE, LLP

      By: /s/
      ROBERT H. ZIMMERMAN, ESQ.
      Attorneys for Defendant

FREMONT RIDEOUHEALTH GROUP, LEONARD MARKS, M.D.; PUSHPA RAMAN M.D., CHERRY ANN WY, M.D., ARUN KUMAR M.D., HARRY WANDER M.D., AND MAX LINS, M.D.

**ORDER**

IT IS SO ORDERED.

DATED:  April 28, 2010

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE