ROBERT H. ZIMMERMAN, Bar No. 84345
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
FAX: 568-0400

Attorneys for Defendants FREMONT RIDEOUT
HEALTH GROUP; LEONARD MARKS, M.D.;
PUSHPA RAMAN, M.D.; CHERRY ANN WY, M.D.;
ARUN KUMAR, M.D.; HARRY WANDER, M.D.; and
MAX LINS, M.D.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE,<br><br>Plaintiff,<br><br>vs.<br><br>THE FREMONT-RIDEOUT HEALTH GROUP, et al.,<br><br>Defendants.<br>_____ | NO. 2:08 CV-01696-WBS-KJM<br><br>[PROPOSED] QUALIFIED PROTECTIVE ORDER REGARDING MEDICAL RECORDS |

Pursuant to 45 C.F.R. 164.512(e), this Court hereby issues the following Qualified Protective Order to govern the disclosure and use of all protected health information in this proceeding as provided below.

## BACKGROUND FACTS

1. On June 28, 2010, Plaintiff Chukwuemeka Ndulue submitted his Pretrial Conference Statement in this action, listing numerous patients as witnesses to be called at trial, including Jordan Rager, Sonia Martinez, Amanda Atkinson, Socorro Rocha, Reyna Jimenez, Maricela Ramos, Rosalva Chavez, Ariana Raygoza, Laycie Stinnett, Maria Vasquez, Rossi Perez, Veronica Ornelas, Pa Zoua Lee, Ramona Pompa, Carmela Pamatz, Gabriela Alvarez, Tiffany Reiser, Kim Vang, Angelica Vasquez, Asma Ali, Joanna Dunning, Madalynn Seitz, Maria Ornelas, Mai Yang, Maria Iniguez, and Thalia Rico.

2. In his pretrial statement, Plaintiff also identified the declarations and/or written

statements of Carmela Pamatz, Angelica Vasquez, Tiffany Reiser-Rivers, Amanda Wells, Melissa Seitz, Jorden Rager, Gabriela Alvarez, Karina Munoz, Kim Vang, Julia Tinoco-Corona, Maricela Ramos, and Thalia Rico as exhibits to be introduced into evidence at trial.

3. On July 2, 2010, Defendants Leonard Marks, M.D., Cherry Ann Wy, M.D., and Arun Kumar, M.D., and counter-complainant Fremont-Rideout Health Group submitted their joint pretrial statement identifying as exhibits to be introduced at trial the medical records from Fremont-Rideout Health Group pertaining to the labor and delivery of newborn babies by those patients listed in Plaintiff's pretrial statement, including Asma Ali, Gabriela Alvarez, Amanda Atkinson, Rosalva Chavez, Julia Tinoco-Corona, Joanna Dunning, Maria Iniguez, Reyna Jimenez, Pa Zoua Lee, Mayra Lopez, Sonya Martinez, Karina Munoz, Veronica Ornelas, Maria Ornelas, Carmela Pamatz, Rossi Perez, Ramona Pompa, Jorden Rager, Maricela Ramos, Ariana Raygoza, Tiffany Reiser, Thalia Rico, Socorro Rocha, Melissa Seitz, Laycie Stinnett, Kim Vang, Maria Vasquez, Angelica Vasquez, Amanda Wells, and Mai Yang.

4. The pertinent medical records described in paragraph 3 are in the possession of Fremont-Rideout Health Group.

5. The pertinent medical records described in paragraph 3 contain protected health information as defined in 45 C.F.R. § 160.103 and thus trigger the protections of the Health Insurance Portability and Accountability Act ("HIPAA").

6. Defendants Dr. Marks, Dr. Wy, and Dr. Kumar have requested that this Court issue a qualified protective order pursuant to 45 C.F.R. § 164.512 with regard to the pertinent medical records described in paragraph 3 so that they may obtain, disclose and use the records at the trial in this proceeding on September 14, 2010.

///
///
///

## ORDER

Following consideration of Defendants' motion for protective order, and in light of paragraphs 1 through 6 above, this Court hereby orders:

      7.      The Fremont-Rideout Health Group shall produce to Defendants Dr. Marks, Dr. Wy, and Dr. Kumar the pertinent medical records described in paragraph 3 of this order by no later than July 30, 2010.

      8.      The pertinent medical records so produced shall be labeled "Confidential Protected Health Information" and shall not be used for any purpose other than this proceeding.

      9.      By no later than August 6, 2010, Defendants Dr. Marks, Dr. Wy, and Dr. Kumar shall produce to Plaintiff organized exhibits of the medical records produced pursuant to paragraphs 7-8 in the form they will be offered at trial.

      10.     At the conclusion of this proceeding, whether by trial, appeal, collateral review or final disposition, any and all copies of medical records produced pursuant to paragraphs 7-8, whether in the possession of Plaintiff or Defendants, shall be returned to Fremont-Rideout Health Group or destroyed.

IT IS SO ORDERED.

DATED: July 12, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

[PROPOSED] QUALIFIED PROTECTIVE ORDER REGARDING MEDICAL RECORDS