1  MICHAEL J. KHOURI, ESQ. [SBN 97654]
   ASHLEY K. NGUYEN, ESQ. [SBN 256207]
   LAW OFFICES OF MICHAEL J. KHOURI
2  4040 Barranca Parkway, Suite 200
   Irvine, California  92604
3  Telephone:   (949) 336-2433
   Fax:              (949) 387-0044
4
   Attorneys for Plaintiff CHUKWUEMEKA  NDULUE
5  E-mail:  mkhouri@khourilaw.com

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 CHUKWUEMEKA NDULUE,       CASE NO.  2:08 CV-01696-WBS-KJM

12               Plaintiff,

13 vs

                                      **ORDER TO CONTINUE**
14 THE FREMONT-RIDEOUT HEALTH    **SETTLEMENT CONFERENCE**
   GROUP; SUTTER NORTH MEDICAL
15 GROUP, PC; DEL NORTE CLINICS,
   INC.; THE PEACH TREE CLINIC,
16 INC.; LEONARD MARKS, M.D.;
   PUSHPA RAMAN, M.D.; CHERRY
17 ANN WY, M.D.; ARUN KUMAR,
   M.D.; HARRY WANDER, M.D.; MAX
18 LINS, M.D.; and DOES 1-100,
   inclusive
19               Defendants.

20

21

22      The Court has reviewed the parties' stipulation to continue the settlement

23 conference currently set for December 16, 2010 to March 24, 2011.

24     ////

25     ////

26     ////

27

28

**ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**

1  Upon finding GOOD CAUSE, the Court hereby ORDERS that the
2  settlement conference currently set for December 16, 2010 is continued to March
3  24, 2011.

4  **SO ORDERED.**

5  DATED this 13th day of December, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

PREPARED BY:

Dated: December 8, 2010.

LAW OFFICES OF MICHAEL J. KHOURI

By: ___signature on original___
MICHAEL J. KHOURI, ESQ.
ASHLEY K. NGUYEN, ESQ.
Attorneys for Plaintiff
CHUKWUEMEKA NDULUE, M.D.