1   ROBERT H. ZIMMERMAN, Bar No. 84345
    SCHUERING ZIMMERMAN & DOYLE, LLP
2   400 University Avenue
    Sacramento, California  95825-6502
3   (916) 567-0400
    FAX:  568-0400
4

5   Attorneys for Defendants FREMONT RIDEOUT
    HEALTH GROUP; LEONARD MARKS, M.D.;
6   PUSHPA RAMAN, M.D.; CHERRY ANN WY, M.D.;
    ARUN KUMAR, M.D.; HARRY WANDER, M.D.; and
7   MAX LINS, M.D.

8               IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
9

10  CHUKWUEMEKA NDULUE,              )   NO.  2:08 CV-01696-WBS-KJM
                                     )
11              Plaintiff,           )   STIPULATION AND ORDER TO
                                     )   EXTEND TIME TO FILE
12  vs.                              )   DISPOSITIONAL DOCUMENTS
                                     )
13  THE FREMONT-RIDEOUT HEALTH       )
    GROUP, et al.,                   )
14                                   )
                Defendants.          )
15  _____    )

16          IT IS HEREBY STIPULATED by and among the parties through their respective

17  counsel that the time to file the dispositional documents in this matter be extended to and including

18  May 23, 2011.

19                          LAW OFFICE OF MICHAEL J. KHOURI

20                                  /s/ Ashley K. Nguyen

21  Dated: May 13, 2011     By _____
                                    ASHLEY K. NGUYEN, Bar No. 256207
22                                  Attorneys for Plaintiff

23                          SCHUERING ZIMMERMAN & DOYLE, LLP

24                                  /s/ J. Hawken Flanagan

25  Dated: May 13, 2011     By_____
                                    J. HAWKEN FLANAGAN, Bar No 252070
26                                  Attorneys for Defen dants

27  \\\

28  \\\

    STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENT        1

1

ORDER

2          IT IS HEREBY ORDERED that the time to file the dispositional documents in this matter

3 be extended to and including May 23, 2011.

4

5 DATED: May 13, 2011

6

7

_____

WILLIAM B. SHUBB

8 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28