MICHAEL J. KHOURI, ESQ. [SBN 97654]
ASHLEY K. NGUYEN, ESQ. [SBN 256207]
LAW OFFICES OF MICHAEL J. KHOURI
4040 Barranca Parkway, Suite 200
Irvine, California  92604
Telephone:   (949) 336-2433
Fax:              (949) 387-0044

Attorneys for Plaintiff CHUKWUEMEKA  NDULUE
E-mail:  mkhouri@khourilaw.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUEMEKA NDULUE,<br><br>　　　　　　　Plaintiff,<br><br>vs<br><br>THE FREMONT-RIDEOUT HEALTH GROUP; SUTTER NORTH MEDICAL GROUP, PC; DEL NORTE CLINICS, INC.; THE PEACH TREE CLINIC, INC.; LEONARD MARKS, M.D.; PUSHPA RAMAN, M.D.; CHERRY ANN WY, M.D.; ARUN KUMAR, M.D.; HARRY WANDER, M.D.; MAX LINS, M.D.; and DOES 1-100, inclusive<br><br>　　　　　　　Defendants. | CASE NO.  2:08 CV-01696-WBS-KJM<br><br>Honorable William B. Shubb<br><br><br>ORDER |

　　　IT IS HEREBY ORDERED that the time to file the dispositional documents in this matter be extended to and including  June 2, 2011.

Dated:  May 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER