1  ROBERT H. ZIMMERMAN, Bar No. 84345
   SCHUERING ZIMMERMAN & DOYLE, LLP
2  400 University Avenue
   Sacramento, California  95825-6502
3  (916) 567-0400
   FAX: 568-0400
4

5  Attorneys for Defendants FREMONT RIDEOUT HEALTH GROUP;
   LEONARD MARKS, M.D.; PUSHPA RAMAN, M.D.; CHERRY
6  ANN WY, M.D.; ARUN KUMAR, M.D.; HARRY WANDER,
   M.D.; and MAX LINS, M.D.
7

8              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
9

10 CHUKWUEMEKA NDULUE,                  )  NO.  2:08 CV-01696-WBS-KJM
                                        )
11         Plaintiff,                   )  **STIPULATION AND ORDER OF**
                                        )  **DISMISSAL**
12 vs.                                  )
                                        )
13 THE FREMONT-RIDEOUT HEALTH GROUP, et )
   al.,                                 )
14                                      )
           Defendants.                  )
15 _____ )

16

17     **IT IS HEREBY STIPULATED** between the parties to the above-entitled action, through their undersigned

18 respective counsel of record, that Plaintiff CHUKWUEMEKA NDULUE agrees to dismiss the above entitled federal

19 court complaint with prejudice as to Defendants THE FREMONT-RIDEOUT HEALTH GROUP; LEONARD

20 MARKS, M.D.; PUSHPA RAMAN, M.D.; CHERRY ANN WY, M.D.; ARUM KUMAR, M.D.; HARRY

21 WANDER, M.D.; MAX LINS, M.D.

22     **THE PARTIES FURTHER STIPULATE** for the Court to dismiss Defendant Fremont Rideout Health

23 Group's Cross-Complaint with prejudice.

24     All parties will bear their own costs and attorneys fees and all parties will sign a mutual release.

25     Defendants hereby agree to waive any and all claims, actions, or motions arising out of this action, including but

26 not limited to any action for malicious

27

28

STIPULATION AND ORDER OF DISMISSAL                                    1

prosecution, abuse of process or Rule 11 sanctions.

                                      LAW OFFICES OF MICHAEL J. KHOURI

                                      /s/ Michael J. Khouri

Dated:_5/23/2011____                    By_____
                                        Michael J. Khouri, CA Bar #97654
                                        Attorneys for Plaintiff
                                        4040 Barranca Parkway, Suite 200
                                        Irvine, CA 92604
                                        Phone: 949-336-2433
                                        Fax:  949-387-0044

                                      SCHUERING ZIMMERMAN & DOYLE, LLP

                                        /s/ Robert H. Zimmerman

Dated:__5/21/2011____                   By_____
                                          Robert H. Zimmerman, CA Bar #84345
                                        Attorneys for Defendants
                                        400 University Avenue
                                        Sacramento, CA 95825
                                        Phone: 916-567-0400
                                        Fax: 916-568-0400

### ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice as to defendants THE FREMONT-RIDEOUT HEALTH GROUP; LEONARD MARKS, M.D.; PUSHPA RAMAN, M.D.; CHERRY ANN WY, M.D.; ARUM KUMAR, M.D.; HARRY WANDER, M.D.; MAX LINS, M.D.

**IT IS FURTHER ORDERED** that Defendant Fremont Rideout Health Group's Cross-Complaint is dismissed with prejudice as to plaintiff CHUKWUEMEKA NDULUE.

All parties will bear their own costs and attorneys fees and all parties will sign a mutual release.

\\\
\\\
\\\

STIPULATION AND ORDER OF DISMISSAL                                        2

Defendants waive any and all claims, actions or motions arising out of this action, including but not limited to any action for malicious prosecution, abuse of process or Rule 11 sanctions.

DATED: May 24, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE